EXHIBIT A

EXHIBIT A

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA**

JULIET ANITA WILSON,

          Plaintiff,

vs.                                  CASE NO.:

HONEYWELL INTERNATIONAL, INC.
aka INTELLIGRATED INC.,

          Defendant.

_____/

## COMPLAINT

Plaintiff, JULIET ANITA WILSON, by and through the undersigned attorneys, hereby sues Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., and alleges:

1.      This is an action for damages which exceed $50,000.00.

2.      At all times material hereto, Plaintiff, JULIET ANITA WILSON, was and is a resident of Winter Haven, Polk County, FL.

3.      At all times material hereto, Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., was a foreign profit corporation doing business in Auburndale, Polk County, Florida.

4.      On or about July 1, 2020, Plaintiff, JULIET ANITA WILSON, was utilizing an Intelligrated roller bed belt conveyor, which her employer, Medline Industries, Inc, had purchased, rented and/or leased for consumer use from Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC.

5.      At all times material hereto, Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., was in the business of designing, manufacturing, renting, and/or

selling Intelligrated roller bed belt conveyor, including the subject Intelligrated roller bed belt conveyor.

6.    The subject Intelligrated roller bed belt conveyor, including all of its component parts, was distributed, consigned, and/or otherwise placed in the stream of commerce, and purchased, rented and/or leased to JULIET ANITA WILSON'S employer. Medline Industries, Inc, in Auburndale, Polk, Florida, by the Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC.

7.    Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., derived substantial revenue from the aforesaid interstate commerce.

8.    On or about July 1, 2020, Plaintiff, JULIET ANITA WILSON, was utilizing the subject Intelligrated roller bed belt conveyor in accordance with the manufacturer's instructions. When JULIET ANITA WILSON turned the subject Intelligrated roller bed belt conveyor on, her hand was pulled into the belt and became lodged causing third degree burns and other injuries to JULIET ANITA WILSON'S right hand.

9.    At the time of the subject incident, the subject Intelligrated roller bed belt conveyor was in a defective condition and unreasonably dangerous to a user, consumer, or bystander, and was being used to move product, the purpose for which it was intended to be used. The Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., knew or should have known, that the subject Intelligrated roller bed belt conveyor would be used in this manner.

10.    At all times material hereto, Plaintiff, JULIET ANITA WILSON was unaware of the defective nature of the subject Intelligrated roller bed belt conveyor and relied on Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., to fulfill its duty to design, manufacture, rent, lease, and/or sell the subject Intelligrated roller bed belt conveyor in a safe condition, free of defects, for its intended use.

11. At the time of the subject incident, the subject Intelligrated roller bed belt conveyor was in the same, or substantially the same condition existing at the time of the purchase, rental, and/or lease of the subject Intelligrated roller bed belt conveyor by JULIET ANITA WILSON's employer.

12. Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., was under a duty to the public in general and to the Plaintiff and her employer in particular, to sale, rent, lease and/or provide the subject Intelligrated roller bed belt conveyor in such a manner that JULIET ANITA WILSON would be reasonably protected from injury if used in the manner in which it was being used at the time of the subject incident.

**COUNT I**
**(NEGLIGENCE)**

13. Plaintiff, JULIET ANITA WILSON, realleges Paragraphs one (1) through twelve (12) above.

14. Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., was negligent in at least the following manner, which was the direct and proximate cause of the Plaintiff, JULIET ANITA WILSON'S injuries and damages:

   a. Negligently designing and/or manufacturing the subject Intelligrated roller bed belt conveyor so that it caused significant injury the Plaintiff's right hand after it become lodged in the belt;

   b. Selling, renting and/or leasing to the public in general a negligently and carelessly designed and/or manufactured Intelligrated roller bed belt conveyor which, when being used, was apparently defective and unsafe without the proper guard;

   c. Failing to properly maintain and/or repair the subject Intelligrated roller bed belt conveyor so that the Plaintiff's hand would not become lodged;

   d. Failing to warn of the inherently and unreasonably condition of the subject Intelligrated roller bed belt conveyor; HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC. knew, or in the exercise of reasonable care, should have known, that the subject Intelligrated roller bed belt conveyor could result in the type of hazard which occurred in this case;

Page 3 of 6

e. Failing to test and properly inspect the subject Intelligrated roller bed belt conveyor to determine whether the subject Intelligrated roller bed belt conveyor was inherently dangerous prior to selling, renting and/or leasing the subject Intelligrated roller bed belt conveyor.

15. As a direct and proximate result of the aforesaid breach of duty, Plaintiff, JULIET ANITA WILSON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, aggravation of a previously existing condition, and psychological injuries. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future. Furthermore, some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition to, Plaintiff, JULIET ANITA WILSON, has a significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

WHEREFORE, Plaintiff, JULIET ANITA WILSON, demands judgment against Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

### COUNT II
### (STRICT LIABILITY)

16. Plaintiff, JULIET ANITA WILSON, realleges Paragraphs one (1) through twelve (12) above.

17. Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC. caused and permitted the subject Intelligrated roller bed belt conveyor, an inherently unreasonable and dangerous product, to be placed in the stream of commerce and purchased,

rented, and/or leased to Juliet Anita Wilson's employer thereafter used by JULIET ANITA WILSON in this state.

18. The subject Intelligrated roller bed belt conveyor was defective in its condition as sold, rented and/or leased, and the Intelligrated roller bed belt conveyor was not suitable for operating. It was further and inherently unreasonably dangerous in that, when the Intelligrated roller bed belt conveyor was used, the subject Intelligrated roller bed belt conveyor pulled the Plaintiff's right hand into the belt, thereby causing serious injuries.

19. As a result of the aforementioned defective nature of the subject Intelligrated roller bed belt conveyor, it is exceedingly and unreasonably dangerous to the public in general, and to the Plaintiff, JULIET ANITA WILSON, in particular.

20. The subject Intelligrated roller bed belt conveyor reached JULIET ANITA WILSON, the user or consumer, without any substantial change in the condition in which it was purchased, rented, and/or leased, and had neither been substantially changed nor altered by Plaintiff at the time of the subject incident.

21. At the time of the subject incident, the defective Intelligrated roller bed belt conveyor was being used as intended, and by virtue of placing a defective and inherently dangerous product on the market, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC. is strictly liable for the injuries and damages suffered by JULIET ANITA WILSON.

22. As a direct and proximate result of the defective nature of the subject Intelligrated roller bed belt conveyor, Plaintiff, JULIET ANITA WILSON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, aggravation of a previously existing condition, and psychological injuries. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

Furthermore, some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition to, Plaintiff, JULIET ANITA WILSON, has a significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

WHEREFORE, Plaintiff, JULIET ANITA WILSON, demands judgment against Defendant, HONEYWELL INTERNATIONAL, INC. aka INTELLIGRATED INC., for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

Dated this ___6th___ day of June 2024.

## NOTICE OF PROVIDING
## E-MAIL ADDRESS FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Plaintiff, JULIET ANITA WILSON, in accordance with the amendments to Rule 2.516 of the Rules of Judicial Administration, effective September 1, 2012, hereby files this Notice of Providing E-Mail Address for service of pleadings as follows:

**Primary e-mail address: eservice@burnetti.com**

**BURNETTI, P.A.**

By:_/s/ Philip J. Slotnick_____
    Philip Judd Slotnick
    Florida Bar No. 00996246
    211 South Florida Ave.
    Lakeland, FL 33801
    Ph: (863) 688-8288
    Fax: (863) 688-1978
    eservice@burnetti.com
    ATTORNEY FOR PLAINTIFF

2024CA-002201-0000-00        **Received in Polk 06/06/2024 05:31 PM**